

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-13-00542-CV

Style: In the Interest of A.J.A., AKA A.J.L.A., D.C.A., and J.C.T.A., AKA J.A., Children

Date motion filed[*]: September 9, 2013

Type of motion: Second unopposed motion for extension of time to file appellant's brief

Party filing motion: Appellant

Document to be filed: Appellant's brief

Is appeal accelerated? Yes

If motion to extend time:
  Original due date: August 21, 2013
  Number of previous extensions granted: 1    Current Due date: September 10, 2013
  Date Requested: September 20, 2013

Ordered that motion is:

  ☑    Granted

        If document is to be filed, document due: September 20, 2013

        ☑        The Court will not grant additional motions to extend time absent extraordinary circumstances

  ☐    Denied

  ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐    Other: _____

Judge's signature: /s/ Terry Jennings
                    ☑ Acting individually        ☐ Acting for the Court

Panel consists of _____

Date: September 16, 2013

November 7, 2008 Revision